IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Griffin, Sheryl

Printed: 8/5/08

Case Number: 07 B 15442
Judge: Goldgar, A. Benjamin
Filed: 8/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 24, 2008
Confirmed: November 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 992.00 |  |
| Secured: |  | 938.43 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 53.57 |
| Other Funds: |  | 0.00 |
| Totals: | 992.00 | 992.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,500.00 | 0.00 |
| 2. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 3. | Westlake Financial Services | Secured | 5,780.41 | 835.60 |
| 4. | Balaban Furniture Ltd | Secured | 735.00 | 102.83 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 2,775.00 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 792.76 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 8,349.19 | 0.00 |
| 8. | Balaban Furniture Ltd | Unsecured | 0.00 | 0.00 |
| 9. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 10. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 11. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
| 12. | First Cash Advance | Unsecured |  | No Claim Filed |
| 13. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 14. | H & F Law Offices | Unsecured |  | No Claim Filed |
| 15. | Midland Finance Company/CPS | Unsecured |  | No Claim Filed |
| 16. | Harris & Harris | Unsecured |  | No Claim Filed |
| 17. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
| 18. | IC System Inc | Unsecured |  | No Claim Filed |
| 19. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 20. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 21. | Harris & Harris | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 21,932.36 | $ 938.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Griffin, Sheryl

Printed:  8/5/08

Case Number:  07 B 15442
Judge:  Goldgar, A. Benjamin
Filed:  8/24/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 53.57 |
|  | _____ |
|  | $ 53.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

